UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRILYN ALLEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:23-cv-546

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order of Remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  October 16, 2023

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge